[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-15041
Non-Argument Calendar

_____

D.C. Docket No. 5:12-cv-00497-LJA

JEREMY D. EVERIDGE,

Plaintiff - Appellant,

versus

WELLS FARGO BANK NATIONAL ASSOCIATION,
in its Individual Capacity and as a Successor by Merger to Wells Fargo Home
Mortgage, Inc.,
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(May 25, 2016)

Before TJOFLAT, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Jeremy D. Everidge appeals the district court's dismissal of his various state law claims against Wells Fargo and the Federal National Mortgage Association (Fannie Mae). Everidge brought a diversity action in district court against Wells Fargo and Fannie Mae, alleging, *inter alia*, fraudulent misrepresentation, breach of contract, wrongful foreclosure, breach of the implied covenant of good faith and fair dealing, and intentional infliction of emotional distress. The court granted summary judgment to Wells Fargo on all of Everidge's claims against it. Moreover, after denying Everidge's requests to amend his complaint to include additional allegations against Fannie Mae, the court dismissed on the pleadings Everidge's claims against Fannie Mae.

On appeal, Everidge argues that the district court erred in granting summary judgment on his claims that Wells Fargo (1) made fraudulent representations to him about insurance proceeds and a loan modification contract; (2) breached a loan modification contract; (3) violated the terms of his security deed; (4) wrongfully foreclosed his property; (5) failed to exercise good faith and fair dealing in carrying out its contractual obligations as the servicer of his mortgage loan; and (6) intentionally inflicted emotional distress on him. Everidge also claims that the

2

district court erred by denying his requests to amend his complaint to include additional allegations against Fannie Mae.

After careful consideration of the record and the parties' briefs, we find no reversible error as to any of the issues raised by Everidge.  For substantially the same reasons given by the thorough opinion of the district court, we conclude that the court properly dismissed all of Everidge's claims and appropriately denied his requests to amend his complaint.  *See Everidge v. Wells Fargo Bank*, No. 12-00497 (M.D. Ga. Sept. 29, 2015).

**AFFIRMED.**